# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## CIRCUIT RULE 54 NOTICE

July 24, 2023

*By the Court*:

| | |
|---|---|
| No. 21-2325 | SAINT ANTHONY HOSPITAL,<br>    Plaintiff - Appellant<br>v.<br><br>THERESA A. EAGLESON, in her official capacity as Director of the Illinois Department of Healthcare and Family Services,<br>    Defendant - Appellee<br>and<br><br>MERIDIAN HEALTH PLAN OF ILLINOIS, INC., et al.,<br>    Intervening Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:20-cv-02561<br>Northern District of Illinois, Eastern Division<br>District Judge Steven Charles Seeger | |

The Supreme Court has remanded this case to this Court for further proceedings. Circuit Rule 54 requires that counsel for the parties, within twenty-one (21) days after the issuance of a certified copy of the Supreme Court's judgment, file statements of their position as to the action which ought to be taken by this Court on remand.

The Supreme Court issued a certified copy of its judgment on July 24, 2023. Your statement, which should be entitled "Circuit Rule 54 Statement", shall be filed with this Court by August 14, 2023.

form name: **c7_Order_Rule54**    (form ID: **146**)