No. 21-2325

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| ST. ANTHONY HOSPITAL, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division |
| Plaintiff-Appellant, | |
| v. | |
| THERESA EAGLESON, in her official capacity as Director of the Illinois Department of Healthcare and Family Services, | No. 20-cv-02561 |
| Defendant-Appellee, | |
| and | |
| MERIDIAN HEALTH PLAN OF ILLINOIS, INC., *et al.*, | The Honorable Steven C. Seeger, Judge Presiding. |
| Intervening Defendants-Appellees | |

**Unopposed Motion for Three-Week Extension
For All Parties to File Circuit Rule 54 Statements**

Defendant-appellee Theresa Eagleson, Director of the Illinois Department of Healthcare and Family Services, by her counsel, Illinois Attorney General Kwame Raoul and Assistant Attorney General Richard S. Huszagh, respectfully moves, without objection by plaintiff-appellant St. Anthony Hospital or by the intervening defendants-appellees, for a three-week extension, to September 5, 2023, for all parties to file their Circuit Rule 54 statements in this appeal. In support, Defendant submits the attached declaration of Assistant Attorney General Richard S. Huszagh.

 /s/ *Richard S. Huszagh*

Assistant Attorney General
100 W. Randolph, 12th Floor
Chicago, Illinois 60601
richard.huszagh@ilag.gov
(312) 814-2587 (office)
(773) 590-7076 (work cell)

## Declaration of Richard S. Huszagh

1.      I am an Assistant Attorney General in the Civil Appeals Division of the Illinois Attorney General's Office and am the attorney assigned to represent defendant-appellee Theresa Eagleson, Director of the Illinois Department of Healthcare and Family Services ("Defendant"), in this appeal.  I submit this declaration in support of Defendant's unopposed motion for a three-week extension for all parties to submit their Circuit Rule 54 statements following the United States Supreme Court's June 20, 2023 order granting Defendant's petition for certiorari, vacating this Court's judgment, and remanding to this Court for further consideration in light of the Supreme Court's decision in *Health and Hospital Corporation of Marion County v. Talevski* (No. 21-806).

2.      On July 24, 2023, the Court entered a scheduling order directing the parties to file their Circuit Rule 54 Statements by August 14, 2023.

3.      Due to my other obligations, it would be difficult for me to prepare and obtain internal review of Defendant's Circuit Rule 54 Statement by that date.

4.      I am currently required to file the appellees' brief, subject to a final deadline on August 15, 2023, in *MariWorks Warrenville, LLC v. Illinois Department of Agriculture* (No. 3-22-0522), pending in the Illinois Appellate Court, Third District. I have begun preparing that brief, but until recently I was unable to devote more time to it because I was completing the appellee's brief, which I filed on July 27, 2023, in *Haaayy, LLC v. Illinois Department of Financial & Professional Regulation* (No. 1-22-1833), pending in the Illinois Appellate Court, First District.

5.      I communicated with counsel for the other parties to this appeal, and on July 31 and August 31, 2023, they each stated that they did not object to this proposed three-week extension for all parties to file their Circuit Rule 54 Statements.

6.      Defendant has not previously sought or received any extension of time to file her Circuit Rule 54 Statement.

7.      I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing statements are true and correct.

Date:      August 1, 2023                    /s/ *Richard S. Huszagh*

## Certificate of Filing and Service

I hereby certify that on August 1, 2023, I electronically filed the foregoing

Unopposed Motion for Three-Week Extension For All Parties to File Circuit Rule 54

Statements with the Clerk of Court for the United States Court of Appeals for the

Seventh Circuit by using the CM/ECF system, which will effect service on other

participants in the case, all of whom are registered CM/ECF users.


     /s/  *Richard S. Huszagh*