# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

October 16, 2023

DIANE P. WOOD, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

No. 21-2325

| | |
|---|---|
| SAINT ANTHONY HOSPITAL,<br>    *Plaintiff-Appellant*,<br><br>    *v.*<br><br>THERESA A. EAGLESON, in her official capacity as Director of the Illinois Department of Healthcare and Family Services,<br>    *Defendant-Appellee*,<br>and<br><br>MERIDIAN HEALTH PLAN OF ILLINOIS, INC., et al.,<br>    *Intervening Defendants-Appellees*. | On Remand from the Supreme Court of the United States. |

**O R D E R**

Upon consideration of the parties' submissions under Circuit Rule 54, the court orders further briefing on the appropriate disposition of this case at this point as follows.

Plaintiff may file a supplemental brief no later than Monday, November 6, 2023. Defendant and intervening defendants may file response briefs no later than Tuesday,

No. 21-2325 Page 2

November 28, 2023. Plaintiff may then file a reply brief no later than Tuesday, December 5, 2023. The briefs are subject to the word limits of Circuit Rule 32.

Upon review of the parties' Rule 54 submissions, the panel has concluded that it does not intend to address arbitration issues at this point.

The court is not at this time scheduling a further oral argument.