No. 21-2325

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| ST. ANTHONY HOSPITAL, | ) | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | |
| THERESA EAGLESON, in her official capacity as Director of the Illinois Department of Healthcare and Family Services, | ) ) ) ) ) | No. 20-cv-02561 |
| Defendant-Appellee, | ) | |
| and | ) | |
| MERIDIAN HEALTH PLAN OF ILLINOIS, INC., *et al.*, | ) ) ) | The Honorable Steven C. Seeger, |
| Intervening Defendants-Appellees | ) | Judge Presiding. |

**Unopposed Motion for Two-Week Extension
To File Appellee Theresa Eagleson's Supplemental Brief**

Defendant-appellee Theresa Eagleson, Director of the Illinois Department of Healthcare and Family Services, by her counsel, respectfully moves, without objection by plaintiff-appellant St. Anthony Hospital or by the intervening defendants-appellees, for a two-week extension, to December 12, 2023, to file her supplemental brief pursuant to the Court's October 16, 2023 order, and in support submits the attached declaration of Assistant Attorney General Richard S. Huszagh.

/s/ *Richard S. Huszagh*

Assistant Attorney General
100 W. Randolph, 12th Floor
Chicago, Illinois 60601
richard.huszagh@ilag.gov
(312) 814-2587 (office)
(773) 590-7076 (work cell)

## Declaration of Richard S. Huszagh

1. I am an Assistant Attorney General in the Civil Appeals Division of the Illinois Attorney General's Office and am the attorney assigned to represent defendant-appellee Theresa Eagleson, Director of the Illinois Department of Healthcare and Family Services ("Defendant"), in this appeal. I submit this declaration in support of Defendant's unopposed motion for a two-week extension to file her supplemental brief pursuant to the court's October 16, 2023 order.

2. That order set a schedule for the parties to file supplemental briefs in this appeal following the Supreme Court's June 20, 2023 GVR order in this case. Plaintiff St. Anthony Hospital filed its opening supplemental brief on November 6, 2023, and briefs by Defendant and the intervening defendants-appellees are now due on November 28, 2023.

3. In light of my obligations in other matters, described below, it would be very difficult for me to prepare and obtain internal review of Defendant's supplemental brief by that date. Those obligations include the following.

   a) Preparing and presenting oral argument in the Illinois Supreme Court on November 21, 2023, in *Arlington Heights Police Pension Fund v. Pritzker* (No. 129471), in which the plaintiffs allege that legislation consolidating the investment management of assets for more than 600 local pension funds for police and firefighters violates their members' rights under the Illinois Constitution;

   b) Preparing and presenting oral argument in the Illinois Appellate Court on November 29, 2023, in *Mariworks Warrenville, LLC v. Illinois Department of Agriculture* (No. 3-22-0522), in which the appellant challenges

the defendant agency's decision to disqualify its application for a cannabis infuser license based on its failure to provide required information.

6.  In addition, Thanksgiving and the following day, which are state holidays, are November 23 and 24, 2023, shortly before the current deadline for Defendant to file her supplemental brief.

5.  I communicated with counsel for the other parties to this appeal, and they each stated that they did not object to this proposed two-week extension for Defendant to file her supplemental brief.

6.  Defendant has not previously sought or received any extension of time to file her supplemental brief.

7.  I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing statements are true and correct.

Date:    November 9, 2023              /s/ *Richard S. Huszagh*

## Certificate of Filing and Service

I hereby certify that on November 9, 2023, I electronically filed the foregoing <u>Unopposed Motion for Two-Week Extension To File Appellee Theresa Eagleson's Supplemental Brief</u> with the Clerk of Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system, which will effect service on other participants in the case, all of whom are registered CM/ECF users.

    /s/  *Richard S. Huszagh*