No. 21-2325

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| ST. ANTHONY HOSPITAL, | ) | Appeal from the United States |
| Plaintiff-Appellant, | ) | District Court for the |
| | ) | Northern District of Illinois, |
| v. | ) | Eastern Division |
| ELIZABETH M. WHITEHORN, in her official capacity as Director of the Illinois Department of Healthcare and Family Services, | ) ) ) ) ) | No. 20-cv-02561 |
| Defendant-Appellee, | ) | |
| and | ) | |
| MERIDIAN HEALTH PLAN OF ILLINOIS, INC., *et al.*, | ) ) ) | The Honorable Steven C. Seeger, |
| Intervening Defendants-Appellees | ) | Judge Presiding. |

**Unopposed Motion for Three-Week Extension
To File Petition for Rehearing *En Banc***

Defendant-Appellee Elizabeth M. Whitehorn, Director of the Illinois Department of Healthcare and Family Services, by her counsel, respectfully moves, without objection by plaintiff-appellant St. Anthony Hospital or the intervening defendants-appellees, for a three-week extension, to May 30, 2024, to file a petition for rehearing *en banc*, and in support submits the attached declaration of Assistant Attorney General Richard S. Huszagh.

   /s/ *Richard S. Huszagh*

Assistant Attorney General
115 S. LaSalle St.
Chicago, Illinois  60603
richard.huszagh@ilag.gov
(312) 814-2587 (office)
(773) 590-7076 (work cell)

## Declaration of Richard S. Huszagh

1. I am an Assistant Attorney General in the Civil Appeals Division of the Illinois Attorney General's Office and am the attorney assigned to represent defendant-appellee Elizabeth M. Whitehorn, Director of the Illinois Department of Healthcare and Family Services ("Defendant"), in this appeal. I submit this declaration in support of Defendant's unopposed motion for a three-week extension, to May 30, 2024, to file a petition for rehearing *en banc*.

2. Following the Supreme Court's order granting Defendant's cert petition, vacating this court's earlier opinion, and remanding for reconsideration in light of the decision in *Health & Hospital Corp. of Marion County v. Talevski*, 599 U.S. 166 (2023), this court ordered additional briefing and on April 25, 2024 issued its decision, over a dissent, reversing the district court's judgment, Dkt. 108.

3. Defendant's petition for rehearing *en banc* is now due on May 9, 2024. Meeting that deadline would be very difficult, given the nature and significance of the issues presented, as well as my responsibilities in other matters and the time necessary for internal review. Meeting that deadline would also potentially compromise Defendant's ability to provide a succinct and cogent presentation of the relevant issues for the court's consideration.

4. I communicated with counsel for the other parties to this appeal, and they each stated that they did not object to this proposed three-week extension for Defendant to file her petition for rehearing *en banc*. Defendant has not previously sought or received any extension of time to file this petition.

5. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing statements are true and correct.

Date:   May 2, 2024                         /s/  *Richard S. Huszagh*

**Certificate of Filing and Service**

I hereby certify that on May 2, 2024, I electronically filed the foregoing Unopposed Motion for Three-Week Extension To File Petition for Rehearing *En Banc* with the Clerk of Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system, which will effect service on other participants in the case, all of whom are registered CM/ECF users.

                                                                         /s/ *Richard S. Huszagh*