# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 2, 2024

*Before*
DAVID F. HAMILTON, *Circuit Judge*

| | |
|---|---|
| No. 21-2325 | SAINT ANTHONY HOSPITAL,<br>Plaintiff - Appellant<br><br>v.<br><br>ELIZABETH M. WHITEHORN, in her official capacity as Director of the Illinois Department of Healthcare and Family Services,<br>Defendant - Appellee<br><br>and<br><br>MERIDIAN HEALTH PLAN OF ILLINOIS, INC., et al.,<br>Intervening Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:20-cv-02561<br>Northern District of Illinois, Eastern Division<br>District Judge Steven C. Seeger | |

  Upon consideration of the **UNOPPOSED MOTION FOR THREE-WEEK EXTENSION TO FILE PETITION FOR REHEARING EN BANC**, filed on May 2, 2024, by counsel for the appellee Elizabeth M. Whitehorn,

  **IT IS ORDERED** that the motion is **GRANTED**. Appellee's petition for rehearing, if any, is due on or before May 30, 2024.

form name: **c7_Order_3J**    (form ID: **177**)