No. 21-2325

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

SAINT ANTHONY HOSPITAL,

*Plaintiff-Appellant,*

v.

ELIZABETH M. WHITEHORN,

*Defendant-Appellee.*

On Appeal from the United States District Court for the
Northern District of Illinois, Case No. 1:20-cv-02561
The Honorable **Steven C. Seeger**, Judge Presiding.

## MCO APPELLEES' UNOPPOSED JOINT MOTION FOR
## EXTENSION OF TIME TO FILE ANY
## PETITION FOR REHEARING OR REHEARING EN BANC

Intervenors-Appellees Meridian Health Plan of Illinois, Inc.,
IlliniCare Health Plan, Health Care Service Corporation (a Mutual Legal
Reserve Company operating in Illinois as Blue Cross and Blue Shield of
Illinois), and Cook County Health & Hospitals System d/b/a Cook County
Health (collectively, "the MCOs") respectfully seek a three-week

extension of time in which to file any petition for rehearing or rehearing en banc, from May 9, 2024 to and including May 30, 2024.

1.   Following the Supreme Court's order vacating this Court's prior decision and remanding this case for further consideration in the light of *Health and Hospital Corporation of Marion Cty. v. Talevski*, 599 U.S. 166 (2023), the Court issued on April 25, 2024 its opinion reversing the district court's judgment.  Any rehearing petition is therefore due on May 9, 2024.

2.   The MCO appellees intend to coordinate the filing of any petition for rehearing or rehearing en banc with counsel for the other appellee, Elizabeth M. Whitehorn, Director of the Illinois Department of Healthcare and Family Services (the "State"), to avoid, as much as possible, any duplication.

3.   On May 2, 2024, the Court granted the State a three-week extension of time to May 30, 2024 to file any petition.  The MCOs accordingly seek the same extension of time to file any petition they might elect to file.

4.   Counsel for Saint Anthony and the State have stated that they do not object to this extension request.

5.    The MCOs have not made any previous request to extend the time to file any rehearing petition in this matter.

6.    This motion is made in the interest of justice and not for purposes of delay.

Dated:  May 3, 2024                    Respectfully submitted,

Meridian Health Plan of Illinois,     IlliniCare Health Plan
Inc.

By:  /s/ *Steven T. Whitmer*          By:  /s/ *Kirstin B. Ives*
     One of its Attorneys                  One of its Attorneys

Steven T. Whitmer                      Kirstin B. Ives
  (ARDC 6244114)                         (ARDC 6289952)
swhitmer@lockelord.com                 kbi@falkenbergives.com
Hugh S. Balsam                         Megan A. Zmick
  (ARDC 6228802)                       Falkenberg Ives LLP
hbalsam@lockelord.com                  230 W. Monroe Street, Suite 2220
Locke Lord LLP                         Chicago, Illinois 60606
111 South Wacker Drive                 Phone: (312) 566-4803
Chicago, Illinois  60606
Phone: (312) 443-0700

| | |
|---|---|
| Blue Cross and Blue Shield of Illinois, a division of Health Care Service Corporation, a Mutual Legal Reserve Company | Cook County Health & Hospitals System d/b/a Cook County Health |
| | KIMBERLY M. FOXX State's Attorney of Cook County |
| By: /s/ *Kevin D. Tessier* | By: /s/ *Silvia Mercado Masters* |
| One of its Attorneys | One of its Attorneys |

Martin J. Bishop, Esq.
  (ARDC 6269425)
mbishop@reedsmith.com
Kevin D. Tessier, Esq.
  (ARDC 6238232)
ktessier@reedsmith.com
Reed Smith LLP
10 South Wacker Drive,
40th Floor
Chicago, Illinois 60606
Phone: (312) 207-1000

Silvia Mercado Masters
  (ARDC 6272716)
Assistant State's Attorney
silvia.mercadomasters@cookcountysao.org
500 Richard J. Daley Center
Chicago, Illinois 60602
Phone: (312) 603-7795

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitations of Fed. R. App. P. 27(d) because this document contains 277 words, excluding the parts of the document exempted by Fed. R. App. P. 32(f).

/s/ *Steven T. Whitmer*

4

## CERTIFICATE OF FILING AND SERVICE

I certify that on the 3rd day of May, 2024, I served a copy of the foregoing on all counsel of record through the CM/ECF system.

*/s/  Steven T. Whitmer*