# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 6, 2024

Before
DAVID F. HAMILTON, *Circuit Judge*

| No. 21-2325 | SAINT ANTHONY HOSPITAL,<br>Plaintiff - Appellant<br><br>v.<br><br>ELIZABETH M. WHITEHORN, in her official capacity as Director of the Illinois Department of Healthcare and Family Services,<br>Defendant - Appellee<br><br>and<br><br>MERIDIAN HEALTH PLAN OF ILLINOIS, INC., et al.,<br>Intervening Defendants - Appellees |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:20-cv-02561<br>Northern District of Illinois, Eastern Division<br>District Judge Steven C. Seeger | |

Upon consideration of **MCO APPELLEES' UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO FILE ANY PETITION FOR REHEARING OR REHEARING EN BANC**, filed on May 3, 2024, by counsel for the MCO appellees,

**IT IS ORDERED** that the motion is **GRANTED** to the extent that any party may file a petition for rehearing on or before May 30, 2024.

form name: **c7_Order_3J**    (form ID: **177**)