# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

July 24, 2024

*By the Court*[*]:

No. 21-2325

| | |
|---|---|
| SAINT ANTHONY HOSPITAL, *Plaintiff-Appellant*, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| v. | |
| ELIZABETH M. WHITEHORN, in her official capacity as Director of the Illinois Department of Healthcare and Family Services, *Defendant-Appellee*, and | 1:20-cv-02561 **Steven C. Seeger**, *Judge*. |
| MERIDIAN HEALTH PLAN OF ILLINOIS, INC., et al., *Intervening Defendants-Appellees*. | |

# O R D E R

Appellees' petitions for rehearing en banc are **GRANTED**. The panel's opinion and judgment issued April 25, 2024 are **VACATED**. By separate order, the court will set a date for oral argument en banc. No further briefing is needed.

---

[*] Circuit Judge Nancy L. Maldonado did not participate in the consideration of this petition for rehearing en banc.
[**] Circuit Judge Wood retired on May 1, 2024, and did not participate in the consideration of this petition.