# MILLER·SHAKMAN·LEVINE & FELDMAN

July 25, 2024

**<u>Via ECF</u>**

Office of the Clerk
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Room 2722
Chicago, IL 60604

      Re:    *Saint Anthony Hospital v. Whitehorn,* No. 21-2325

Dear Office of the Clerk:

      I write pursuant to Circuit Rule 34(b)(3) to ask the Court to avoid scheduling the *en banc* oral argument in the above-captioned matter on the following dates, due to conflicting commitments of counsel for Appellant, Saint Anthony Hospital:

      September 5-20
      September 24
      October 3
      October 22-28
      October 30
      November 7-8
      November 12-13
      November 25-27

      We thank the Court for its consideration.

      Respectfully submitted,

      */s/ Edward W. Feldman*

      Edward W. Feldman

cc: Counsel of Record (via ECF)