

# OFFICE OF THE ATTORNEY GENERAL
## STATE OF ILLINOIS

**KWAME RAOUL**
ATTORNEY GENERAL

July 26, 2024

<u>ECF</u>

Clerk
Seventh Circuit Court of Appeals
219 S. Dearborn Street
Room 2722
Chicago, IL 60604

    Re:    <u>Saint Anthony Hospital v. Whitehorn, No. 21-2325</u>

Dear Clerk:

    I am counsel for defendant-appellee Whitehorn. I respectfully request that the en banc oral argument in this case not be scheduled for September 4, 2024.

                        /s/ *Richard Huszagh*
                        Assistant Attorney General
                        115 S. LaSalle St.
                        Chicago, IL 60603
                        richard.huszagh@ilag.gov
                        (312) 814-2587
                        (773) 590-7076 (cell)

cc:  counsel of record (by ECF)