# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## PETITION FOR REHEARING DOCUMENT REQUEST

September 30, 2024

| | |
|---|---|
| No. 21-2325 | SAINT ANTHONY HOSPITAL,<br>Plaintiff - Appellant<br><br>v.<br><br>ELIZABETH M. WHITEHORN, in her official capacity as Director of the Illinois Department of Healthcare and Family Services,<br>Defendant - Appellee<br><br>and<br><br>MERIDIAN HEALTH PLAN OF ILLINOIS, INC., et al.,<br>Intervening Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:20-cv-02561<br>Northern District of Illinois, Eastern Division<br>District Judge Steven C. Seeger | |

The Court, having granted the Petition for Rehearing En Banc, requests that counsel re-submit thirty (30) copies of all briefs, appendices and citations of additional authority to the Clerk's Office by 10/07/2024.

If there are any difficulties in meeting this request, please contact the Clerk's Office at 312-435-5850. Your prompt attention to this matter will be greatly appreciated.

Sincerely,

Clerk's Office

form name: **c7_RehearingLetterIss**     (form ID: **138**)